# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 7 ELEVEN, INC. | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| MITSUI SUMITOMO INSURANCE COMPANY, | § § § | CIVIL ACTION NO. :3:22-CV-02706 |
| *Defendant.* | § § § | |

# **EXHIBIT A**

A. Index of All Documents Filed in the State Court Action

B. Docket Sheet in the State Court Action

    Documents Filed in the State Court Action

    C1. Plaintiff's Original Petition
       Filed: November 2, 2022

    C2. Case Filing Cover Sheet.
       Filed: November 2, 2022

    C3. Request for Service
       Filed: November 2, 2022

    C4. Issue Citation
       Filed: November 2, 2022

    C5. Return of Service
       Filed: November 10, 2022

D. Certificate of Interested Persons

4885-2709-5842v1